# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
ECC International, LLC ) ASBCA Nos. 58996, 59039
)
Under Contract No. W917PM-07-D-0015 )

APPEARANCES FOR THE APPELLANT: Edward T. DeLisle, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Philadelphia, PA

  Kevin J. Kelly, Esq.
  Corporate Counsel

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Daniel B. McConnell, Esq.
  Michael A. Rea, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 13 January 2015

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58996, 59039, Appeals of ECC International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals